**Ronald G. BAILEY–EL, Plaintiff—Appellant,**

and

Albert Curtis Mills; Anthony Grandison; Marcus Mandel Ellis; Charles Robin Woods; James M. Lomax; Dwayne Doucett; Antonio Donotea Harrell, Plaintiffs,

v.

Thomas R. CORCORAN; Frank Sizer, Jr.; William Sondervan; Franchesca Bright; James Smith, Security Chief, Defendants—Appellees,

and

Donna Hansen, Lieutenant; Attorney General for the State of Maryland; Stuart Simms; George B. Brosan; Douglas Cloman; Jack Kavanagh; Brenda Bertram; Cindy Komenda, Defendants.

No. 04–6331.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 22, 2004.

Decided Nov. 2, 2004.

Ronald G. Bailey–El, Appellant pro se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

Ronald G. Bailey–El appeals the district court's order dismissing his claims relating to the denial of access to the courts. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bailey–El v. Corcoran,* No. CA–00–746–DKC (D. Md. Mar. 31, 2003; filed Feb. 3, 2004 & entered Feb. 4, 2004; Apr. 16, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*